UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In The Matter Of:                  In Bankruptcy:

VIRGINIA POLOCOSER            Case No. 08-46018-SWR
                                                     Chapter 7
                                                     Hon. STEVEN W. RHODES

                Debtor(s)
_____/

**NOTICE OF UNDER $5.00 DIVIDEND**

To the Clerk of the United States Bankruptcy Court:

      The attached check in the amount of $2.52 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| eCast Settlement Corporation<br>Assignee of HSBC Bank Nevada<br>Bass & Associates, P.C.<br>3936 E Ft. Lowell Rd Ste #200<br>Tucson, AZ 85712 | 7 | $2.52 |

                                                              **Total: $2.52**

                                                       Respectfully Submitted,

                                                       /s/ Gene R. Kohut
                                                       21 Kercheval Avenue, Suite 285
                                                       Grosse Pointe Farms, MI 48236
                                                       Phone: (313) 886-9765
                                                       E-mail: ecftrustee@gktrustee.com
Dated: 07/30/2010                                 [P47413]